UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ANGEL G. | Civil No. 3:23-cv-00411-AR |
| Plaintiff, | |
| v. | JUDGMENT |
| COMMISSIONER, SOCIAL SECURITY, ADMINISTRATION | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice based on this Court's Order of Dismissal, issued on 11/2/2023.

IT IS SO ORDERED this 2nd day of November, 2023.

_____
JEFF ARMISTEAD
United States Magistrate Judge